United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS ELMER HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES JACKSON, et al.,<br><br>    Defendants. | Case No. 20-cv-06208-JST<br><br>**ORDER OF DISMISSAL** |

On September 2, 2020, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had not paid the filing fee or submitted an *in forma pauperis* application on the proper form. ECF No. 3. Plaintiff was instructed to respond within twenty-eight days of the date of the order. ECF No. 3. The deadline has passed, and Plaintiff has neither paid the filing fee nor submitted an *in forma pauperis* application on the proper form, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must be accompanied by an *in forma pauperis* application on the proper form, with the required supporting documents, i.e., the required Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at your correctional facility. The Clerk shall enter judgment and close the file. All pending motions are DENIED as moot.

    **IT IS SO ORDERED.**

Dated: November 9, 2020

_____
JON S. TIGAR
United States District Judge